# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   25-mj-136 |
| AIDAN HARDING | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   December 11, 2024   in the county of   Allegheny   in the   Western   District of   Pennsylvania  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code Sections 2252(a)(4)(B) and (b)(2) | Possession and Attempted Possession of Material Involving the Sexual Exploitation of a Minor |

This criminal complaint is based on these facts:

Please see attached Affidavit.

☑ Continued on the attached sheet.

/s/ Lauren Scott
*Complainant's signature*

Special Agent Lauren Scott, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/27/2025

*Judge's signature*

City and state:   Pittsburgh, Pennsylvania   Hon. Christopher Brown, U.S. Magistrate Judge
*Printed name and title*